THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

GEORGE STOKES,

    Plaintiff,

v.

C.O. RONDA DENSON et al.,

    Defendants.

Civil No. 19-20663 (NLH/SAK)

**PROPOSED ORDER**

This matter has been raised *sua sponte* by the Court because of *pro se* Plaintiff's failure to comply with this Court's scheduling and pretrial Orders; failure to appear for Court-Ordered hearings on April 12, 2022, April 29, 2022, and May 17, 2022; and failure to prosecute his case. *See* Order to Show Cause, Apr. 29, 2022 [ECF No. 29]; Min. Entry [ECF No. 30]; and the Court having considered the Report and Recommendation submitted by the Honorable Sharon A. King, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they have fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local Civil Rule 72.1(c)(2), and no objections having been received; and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown:

    **IT IS** on this 2nd day of \_\_\_\_\_June\_\_\_\_\_, 2022, hereby

    **ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

    **ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

                                                s/ Noel L. Hillman
                                                NOEL L. HILLMAN
                                                United States District Judge